# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

|  |  |
|---|---|
| BRANDON CANUP, <br><br> *Plaintiff,* <br><br> v. <br><br> BRYAN F AYLSTOCK, BOBBY BRADFORD, MICHAEL BURNS, CLIFF ROBERTS, GREGORY BROWN, AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC, FLEMING NOLEN & JEZ LLP and MOSTYN LAW FIRM PC <br><br> *Defendants.* | Case No. 4:25-cv-01255-Y <br><br> Senior Judge Terry R Means |

## ORDER

After considering Plaintiff Brandon Canup's Motion for Remand and Brief in Support and exhibits, and any response by Defendants and any reply by Plaintiff, the Court hereby **GRANTS** Plaintiff's November 21, 2025 Motion and **REMANDS** this case to the 67th Judicial District Court of Tarrant County, Texas, from which it was removed. The Clerk of this Court is directed to **promptly transmit a certified copy of this Order** to the clerk of the state court and take all steps necessary to effectuate the remand.

**SO ORDERED.**

Signed December ___, 2025.

_____

TERRY MEANS
UNITED STATES DISTRICT JUDGE

1