## AFFIDAVIT OF BRYAN F. AYLSTOCK

**STATE OF FLORIDA**            )

**COUNTY OF ESCAMBIA**          )

Before me, the undersigned, a Notary Public in and for the aforesaid county and state, personally appeared Bryan F. Aylstock who, being by me first duly sworn, deposes and states as follows:

1.    My name is Bryan F. Alystock, and I am over the age of eighteen (18) years. I reside in Santa Rosa County, Florida. I have personal knowledge of the facts contained in this Affidavit.

2.    I am the Founding Partner at Aylstock, Witkin, Kreiss & Overholtz PLLC ("AWKO"). The vast majority of my legal career has been focused on the representation of individuals injured as a result of defective pharmaceutical drugs and medical devices. My efforts, dedication and commitment to such causes have resulted in my appointment to several leadership positions in nationwide multi-district litigations ("MDLs").

3.    Because of that experience, I was appointed Plaintiffs' Lead Counsel in the *In Re: 3M Combat Arms Earplug Products Liability Litigation* ("*3M MDL*").

4.    Plaintiff in the instant matter, Brandon Canup, filed a lawsuit alleging legal malpractice and other related theories based upon my leadership position in the 3M MDL. Mr. Canup also sued AWKO partner Bobby Bradford and AWKO under the same allegations. Mr. Canup's lawsuit was initially filed in Texas state

court but was then removed to the Northern District of Texas by other Defendants in this matter.

5.  AWKO is a Florida professional limited liability corporation located in Pensacola, Florida. Both the principal and mailing addresses for AWKO are 17 East Main Street, Suite 200, Pensacola, Florida 32502.

6.  Aylstock, Witkin, Kreis & Overholtz, PLLC does not have any law offices in Texas, nor do any of its lawyers have a Texas law license.

7.  I am a licensed Florida lawyer and a resident of the state of Florida.

8.  In my capacity as manager of AWKO, my service address is listed as 17 East Main Street, Pensacola, Florida 32502.

9.  My partner, Bobby Bradford, is similarly a licensed Florida lawyer and a resident of the state of Florida.

10. Neither myself, Mr. Bradford or AWKO were ever requested or solicited to legally represent Mr. Canup and never did legally represent Mr. Canup. In fact, at all times material to this matter, Mr. Canup appeared with his own counsel, David Gamble.

11. The only interaction that I ever had with Mr. Canup was at a hearing in Pensacola, Florida convened by Judge Casey Rogers on March 13, 2204 where Mr. Bradford and I were requested by Judge Rodgers to appear on behalf of Plaintiffs' 3M MDL leadership to discuss the status of and possibility of settlement of certain parties who were opting out of the master settlement agreement including Mr. Canup.

5231496_1

12. Mr. Bradford communicated with Mr. Canup's counsel, Mr. Gamble, on behalf of Plaintiffs' 3M MDL leadership at the MDL Court's request in advance of the March 13, 2024 hearing.

13. Neither myself, Mr. Bradford, or AWKO ever appeared as counsel for Mr. Canup in state or federal court in Texas and have not otherwise availed ourselves of the courts in Texas so as to be subject to the jurisdiction of those courts.

**Further the Affiant saith not:**

Given under my hand, this the 12ᵗʰ day of January , 2026.



_____

BRYAN F. AYLSTOCK

**STATE OF FLORIDA** )

**COUNTY OF ESCAMBIA** )

I, the undersigned, a notary public in and for said County, in said State, hereby certify that Bryan F. Aylstock, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that being informed of the contents of such instrument, executed the same voluntarily on the day the same bears date.

Given under my hand, this the 12ᵗʰ day of January , 2026.

[SEAL]

CHRISTY C. FOREMAN
Notary Public - State of Florida
Commission # HH 612801
My Comm. Expires Mar 9, 2029
Bonded through National Notary Assn.

_____
NOTARY PUBLIC
My Commission Expires: 3/9/2029

3

5231496_1