UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON CANUP,

    Plaintiff,                           Case No.: 3:26-cv-3359-MCR-ZCB

    v.

BRYAN F. AYLSTOCK, et al,

    Defendants.

_____/

### APPEARANCE OF COUNSEL

On the date of this filing, Benjamin James Stevenson, who is admitted to practice in this court, appears in this case as counsel for Defendant Mostyn Law Finn P.C.

Respectfully submitted,

s/Benjamin James Stevenson
**Benjamin James Stevenson**
Fla. Bar. No. 598909
Stevenson Legal, PLLC
919 Panferio Drive
Pensacola Beach, FL 32561
T. 702.306.6708
bjs@stevenson-legal.com

*Counsel for Mostyn Law Finn*