**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRANDON CANUP,**

    **Plaintiffs,**

**v.**

**BRYAN F. AYLSTOCK, et al.,**

    **Defendants.**

**CASE NO. 3:26-cv-3359-MCR-ZCB**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___May 27, 2026___
Motion/Pleadings: <u>MOTION FOR ENLARGEMENT OF TIME TO RESPOND</u>
                  <u>TO PLAINTIFF'S FIRST AMENDED PETITION</u>
Filed by __FNJ DEFENDANTS__ on __May 26, 2026__ Doc. # _63_

| | Stipulated | | Joint Pleading |
| --- | --- | --- | --- |
| | Unopposed | | Consented |

           JESSICA J. LYUBLANOVITS
           CLERK OF COURT
           */s/ **Patricia G. Romero***
           Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED**. Defendants Brown and Fleming Nole & Jez LLP must file their response to the amended complaint on or before **June 5, 2026**.

    **DONE** and **ORDERED** this 27th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**