# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BRANDON CANUP,**

    **Plaintiffs,**

**v.**

**BRYAN F. AYLSTOCK, et al.,**

    **Defendants.**

**CASE NO. 3:26-cv-3359-MCR-ZCB**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____ April 21, 2026 _____
Motion/Pleadings: MOTION FOR SUBSTITUTED SERVICE ON DEFENDANTS MICHAEL BURNS AND CLIFF ROBERTS
Filed by __Plaintiff__ on __April 20, 2026__ Doc. # __44__

| | Stipulated | | Joint Pleading |
| --- | --- | --- | --- |
| | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ **Patricia G. Romero***
Deputy Clerk:     Patricia G. Romero

On consideration, the motion is **GRANTED**, as requested. Plaintiff is authorized to effect substitute service on Defendants Michael Burns and Cliff Roberts by the methods stated in the motion.

**DONE** and **ORDERED** this 29th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**