UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:26-cv-3359-MCR-HTC

BRANDON CANUP,

    *Plaintiff*,

v.

BRYAN F. AYLSTOCK, BOBBY
BRADFORD, MICHAEL BURNS,
CLIFF ROBERTS, GREGORY
BROWN, AYLSTOCK WITKIN KREIS
& OVERHOLTZ PLC, FLEMING
NOLEN & JEZ LLP, and MOSTYN LAW
FIRM PC,

    *Defendants*.

_____/

## <u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT<br>CLIFF ROBERTS</u>

Jonathan Vine, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of his appearance on behalf of Defendant, CLIFF ROBERTS, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

Case No. 3:26-cv-3359

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of June 2026, a copy of the foregoing is being served upon all counsel of record by CM/ECF.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants, Gregory Brown and
Fleming Nolen & Jez LLP
222 Lakeview Avenue, Suite 500
West Palm Beach, FL 33401
Telephone (561) 383-9200
Facsimile (561) 683-8977
Jonathan.Vine@csklegal.com

By: *s/ Jonathan Vine*
JONATHAN VINE
Florida Bar No. 10966

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West