# EXHIBIT 1

 **Gmail**

**Brandon Canup <canup.brandon@gmail.com>**

## Acceptance of Service - Cliff Roberts - Case No. 3:26-cv-3359-MCR

1 message

**Diana E. Rafael** <Diana.Rafael@csklegal.com>                                      Wed, Jun 3, 2026 at 6:07 PM
To: Brandon <canup.brandon@gmail.com>
Cc: Jonathan Vine <Jonathan.Vine@csklegal.com>, "Jonathan A. Fernandez" <Jonathan.Fernandez@csklegal.com>, "Leslie A. Vargo" <Leslie.Vargo@csklegal.com>

Good evening, Mr. Canup:

I hope this email finds you well.  This firm will be representing Defendant, Cliff Roberts, in the lawsuit referenced herein, Case No.: 3:26-cv-3359-MCR-HTC.  We will be filing a Notice of Appearance on the docket in the short term, which we can provide to you for your ease of reference upon filing.

In the meantime, Mr. Roberts has authorized us to waive/accept service on his behalf.  Accordingly, please let us know if you are agreeable.  If so, please fill out the attached Waiver of Service form, as required under Rule 4 of the Federal Rules of Civil Procedure, which we will then file with the Court.  I have also included an additional version which should allow you to edit the document electronically if you so wish.

Thank you.

Diana Rafael

**Diana E. Rafael**
*Partner*
600 N. Pine Island Road, Suite 500
Plantation, Florida 33324
Tel: 954-703-3702 | Fax: 954-474-7979
Email: Diana.Rafael@csklegal.com



2025 U.S. News Best Law Firms ®
Am Law 200

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**2 attachments**



**Proposed - Waiver of Service of Summons.pdf**
316K

**Modifiable Form - Waiver of Service of Summons.pdf**
272K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| BRANDON CANUP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:26-cv-3359-MCR |
| BRYAN F. AYLSTOCK, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Brandon Canup
       *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/03/2026_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    06/03/2026

                                        *Signature of the attorney or unrepresented party*

         Cliff Roberts
*Printed name of party waiving service of summons*                          *Printed name*

                                                *Address*

                                       *E-mail address*

                                       *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Florida

| | | |
|---|---|---|
| BRANDON CANUP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:26-cv-3359-MCR |
| BRYAN F. AYLSTOCK, et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Brandon Canup

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          06/03/2026          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:     06/03/2026

_____
*Signature of the attorney or unrepresented party*

Cliff Roberts
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.