# EXHIBIT 2



Brandon Canup <canup.brandon@gmail.com>

## RE: Attorney Conference

1 message

**bjs@stevenson-legal.com** <bjs@stevenson-legal.com>                    Thu, Jun 4, 2026 at 7:41 AM
To: Brandon <canup.brandon@gmail.com>

I understood you sought Mostyn Law's position on a motion for reconsideration of the denial of remand (ECF 70).


**Benjamin Stevenson**

Stevenson Legal, PLLC

Pensacola Beach, Florida

C. 702.306.6708


**From:** Brandon <canup.brandon@gmail.com>
**Sent:** Wednesday, June 3, 2026 7:06 PM
**To:** bjs@stevenson-legal.com
**Subject:** Re: Attorney Conference


The one in the mdl court or directly in the JPML?


Best regards,

Brandon Canup


> On Jun 3, 2026, at 10:55 AM, bjs@stevenson-legal.com wrote:
>
>
> Mostyn Law opposes the stay and reconsideration of motion to remand.
>
>
> **Benjamin Stevenson**
>
> Stevenson Legal, PLLC
>
> Pensacola Beach, Florida
>
> C. 702.306.6708

**From:** bjs@stevenson-legal.com <bjs@stevenson-legal.com>
**Sent:** Tuesday, June 2, 2026 4:16 PM
**To:** 'Brandon' <canup.brandon@gmail.com>
**Subject:** RE: Attorney Conference

Still waiting on the client.

**Benjamin Stevenson**

Stevenson Legal, PLLC

Pensacola Beach, Florida

C. 702.306.6708

---

**From:** Brandon <canup.brandon@gmail.com>
**Sent:** Monday, June 1, 2026 10:49 AM
**To:** bjs@stevenson-legal.com
**Subject:** Re: Attorney Conference

I will seek reconsideration of denial of remand (ECF 70) in the MDL Court.

Best regards,

Brandon Canup

> On Jun 1, 2026, at 10:21 AM, bjs@stevenson-legal.com wrote:

To clarify, you will seek reconsideration of the U.S. Judicial Panel on Multidistrict Litigation's transfer order (ECF 2051)? As Judge Rodgers has not yet ruled on your motion for remand to Texas state court (ECF 8) or your motion for remand to MDL panel (ECF 37), I assume that the reconsideration motion will be filed with the MDL panel directly. Please confirm.

**Benjamin Stevenson**

Stevenson Legal, PLLC

Pensacola Beach, Florida

C. 702.306.6708

---

**From:** Brandon <canup.brandon@gmail.com>
**Sent:** Sunday, May 31, 2026 10:38 AM

**To:** bjs@stevenson-legal.com

**Subject:** Re: Attorney Conference

Yes

Best regards,

Brandon Canup

On May 31, 2026, at 8:28 AM, bjs@stevenson-legal.com wrote:

Let me discuss this with my client.

Do you still need an answer about the motion for reconsideration of the remand denial?

**Benjamin Stevenson**

Stevenson Legal, PLLC

Pensacola Beach, Florida

C. 702.306.6708

**From:** Brandon <canup.brandon@gmail.com>
**Sent:** Saturday, May 30, 2026 5:36 PM
**To:** bjs@stevenson-legal.com
**Subject:** Attorney Conference

Mr. Stevenson,

I intend to seek a stay pending mandamus proceedings. Please advise whether your client opposes this.

Best regards,

Brandon Canup