# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| BRANDON CANUP, | Case No. 3:26-cv-3359-MCR-ZCB |
| *Plaintiff,* | |
| v. | |
| BRYAN F. AYLSTOCK, et al., | DECLARATION OF<br>BRANDON CANUP |
| *Defendants.* | |

## DECLARATION OF BRANDON CANUP

"I am Brandon Canup, *pro se* Plaintiff in the above numbered lawsuit. I am over the age of eighteen (18) years. I reside in Tarrant County, Texas. I have personal knowledge of the facts asserted in this Declaration and such facts are true and correct. I assembled the document entitled:

'PLAINTIFF BRANDON CANUP'S MOTION FOR CLARIFICATION' (the "Motion"),

to which this Declaration is attached. The Motion contains true and correct unaltered copies of the documents represented therein. I am personally familiar with each of such documents.

Exhibit 1 to the Motion is a true and correct copy of the email and attachments sent to me on June 3, 2026 by Diana Rafael on behalf of Cliff Roberts requesting that I sign and return a form so that Mr. Roberts could waive service.

Exhibit 2 to the Motion is a true and correct copy of the email thread dated between May 30, 2026 and June 4, 2026, between myself and Benjamin Stevenson on behalf of Mostyn Law Firm, PC discussing the motion for reconsideration, remand issues and what court reconsideration would be filed in.

I declare under penalty of perjury that the forgoing is true and correct. Executed on Jun 5, 2026.

Brandon Canup"