UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:26-cv-3359-MCR-HTC

BRANDON CANUP,

    *Plaintiff*,

v.

BRYAN F. AYLSTOCK, BOBBY
BRADFORD, MICHAEL BURNS,
CLIFF ROBERTS, GREGORY
BROWN, AYLSTOCK WITKIN KREIS
& OVERHOLTZ PLC, FLEMING
NOLEN & JEZ LLP, and MOSTYN LAW
FIRM PC,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS, CLIFF LEE ROBERTS, GREGORY BROWN AND FLEMING NOLEN & JEZ LLP

Jonathan A. Fernandez, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of his appearance on behalf of Defendants, Cliff Lee Roberts, Gregory Brown and Fleming Nolen & Jez LLP and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

Case No. 3:26-cv-3359

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of June 2026, a copy of the foregoing is being served upon all counsel of record by CM/ECF.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants, Cliff Lee Roberts, Gregory Brown, and Fleming Nolen & Jez LLP
600 N Pine Island Rd, Suite 200
Plantation, Florida, 33324
Telephone (954) 343-3960
Facsimile (954) 703-3701
Jonathan.Vine@csklegal.com
Diana.rafael@csklegal.com
jonathan.fernandez@csklegal.com

By:  *s/ Jonathan A. Fernandez*
Jonathan Vine, Esq.
Florida Bar No.: 10966
Jonathan A. Fernandez, Esq.
Florida Bar No.: 1064485

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West