UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:26-cv-3359-MCR-HTC

BRANDON CANUP,

    *Plaintiff*,

v.

BRYAN F. AYLSTOCK, BOBBY BRADFORD,
MICHAEL BURNS, CLIFF ROBERTS, GREGORY
BROWN, AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLC, FLEMING
NOLEN & JEZ LLP, and MOSTYN LAW FIRM PC,

    *Defendants*.

_____/

## **TEXAS DEFENDANTS' MOTION TO SEAL ATTACHMENT 1 TO DOCKET ENTRY 79**

Defendants, GREGORY BROWN, CLIFF LEE ROBERTS, and FLEMING NOLEN & JEZ LLP, (hereinafter "Defendants"), hereby file this Motion Seal or Remove Attachment 1 to Docket Entry 79 (Texas Defendants' Motion to Dismiss), and state as follows:

1.    Attachment 1 of a prior filing by Defendants [DE 79-1] inadvertently included a document with personal identifying information which was not properly redacted, and which would qualify as a document that may be sealed without a Court Order pursuant to Local Rule 5.5 (B).

2.     Additionally, Local Rule 5.5 (E) states as follows:

**Redacting Documents That Are Improperly Filed with Personal Identifiers.** If a party violates Federal Rule of Civil Procedure 5.2 or Federal Rule of Criminal Procedure 49.1 by failing to redact a personal identifier, the party must promptly file a properly redacted substitute. When the substitute is filed, the Clerk must seal the unredacted original.

*Id.*

3.     As such, upon learning of the issue, pursuant to Local Rule 5.5 (E), Defendants promptly filed a properly redacted substitute with together with a Notice of Filing Attachment "1."  *See* Notice of Filing Redacted Substitute and Request Clerk Seal Attachment 1 to Docket Entry 79, submitted simultaneously with this Motion.

4.     In an abundance of caution and pursuant to Local Rule 5.5 (E), Defendants also respectfully submit this Motion requesting that the Court seal the unredacted original document, <u>Attachment 1 to Docket Entry 79</u> as soon as possible.

5.     This is a narrowly tailored request, permissible under Federal Rule of Civil Procedure 5.2 which provides privacy protection for filings made with the Court.

6.     The document at issue contains private information protected under Rule 5.2 of the Federal Rules of Civil Procedure.

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

7.     The substitute document submitted herewith shall take the place of original Attachment "1" to Docket Entry 79, i.e., Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully request that the Court grant this Motion, and that the prior Attachment be sealed or removed, and that the corrected version submitted be submitted in its place.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(F)

I hereby certify that the above Motion, excluding the case style, signature block, and any certificate of service, contains 330 Words, in compliance with Local Rule 7.1(F), and does not exceed eight thousand (8,000) words.

By:   s/ *Jonathan A. Fernandez*
Jonathan Fernandez, Esq.
Florida Bar No.:  1064485

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

CASE NO.: 3:26-cv-3359

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of June 2026, a copy of the foregoing is being served upon all counsel of record by CM/ECF.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants, Gregory Brown and Fleming Nolen & Jez LLP.*
222 Lakeview Avenue, Suite 500
West Palm Beach, FL, 33401
Telephone (561) 383-9200
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com

By:   s/ *Jonathan A. Fernandez*
        Jonathan Fernandez, Esq.
        Florida Bar No.:  1064485

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West