UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:26-cv-3359-MCR-HTC

BRANDON CANUP,

    *Plaintiff*,

v.

BRYAN F. AYLSTOCK, BOBBY BRADFORD,
MICHAEL BURNS, CLIFF ROBERTS, GREGORY
BROWN, AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLC, FLEMING
NOLEN & JEZ LLP, and MOSTYN LAW FIRM PC,

    *Defendants*.

_____/

## TEXAS DEFENDANTS' NOTICE OF FILING REDACTED SUBSTITUTE AND REQUEST CLERK SEAL ATTACHMENT 1 TO DOCKET ENTRY 79

Defendants, GREGORY BROWN, CLIFF ROBERTS, and FLEMING NOLEN & JEZ LLP, (hereinafter "Defendants"), hereby file this Notice of Filing Redacted Substitute and Request that Clerk Seal or Remove Attachment 1 to Docket Entry 79, and state as follows:

1.    Attachment 1 of Defendants' prior filing [DE 79-1] inadvertently included a document with personal identifying information which was not properly redacted, and which would qualify as a document that may be sealed without a Court Order pursuant to Local Rule 5.5 (B).

2.    Local Rule 5.5 (E) states as follows:

**Redacting Documents That Are Improperly Filed with Personal Identifiers.** If a party violates Federal Rule of Civil Procedure 5.2 or Federal Rule of Criminal Procedure 49.1 by failing to redact a personal identifier, the party must promptly file a properly redacted substitute. When the substitute is filed, the Clerk must seal the unredacted original.

*Id.*

3.    As such, pursuant to Local Rule 5.5 (E), Defendants are promptly filing a properly redacted substitute with this Notice as Attachment "1."

4.  Additionally, Local Rule 5.5 (B) provides:

**Documents That May Be Sealed Without an Order.** When a statute, court rule, or administrative order requires the sealing of a category of documents, a party may submit a document in that category for filing under seal, without moving for leave to file the document under seal. The Clerk must maintain the document under seal unless the Court orders otherwise.

*Id.*

5.    As such, Defendants respectfully request the Clerk seal the unredacted original document, <u>Attachment 1 to Docket Entry 79</u> as soon as possible, as permitted by Local Rule 5.5 (B) and 5.5 (E).

6.    The substitute document submitted herewith shall take the place of original Attachment "1" to Docket Entry 79, i.e., Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully request that the prior Attachment be sealed or removed, and that the corrected version submitted herewith be submitted in its place.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(F)

I hereby certify that the above Notice, excluding the case style, signature block, and any certificate of service, contains 307 Words, in compliance with Local Rule 7.1(F), and does not exceed eight thousand (8,000) words.

By:
     s/ *Jonathan A. Fernandez*
     Jonathan Fernandez, Esq.
     Florida Bar No.:  1064485

CASE NO.: 3:26-cv-3359

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2026, a copy of the foregoing is being served upon all counsel of record by CM/ECF.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants, Gregory Brown and Fleming Nolen & Jez LLP.*
222 Lakeview Avenue, Suite 500
West Palm Beach, FL, 33401
Telephone (561) 383-9200
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com

By:  s/ *Jonathan A. Fernandez*
Jonathan Fernandez, Esq.
Florida Bar No.:  1064485

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West