# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

BRANDON CANUP,
    **Plaintiff,**

**v.**

BRYAN F. AYLSTOCK, et al.,
    **Defendants.**

**CASE NO. 3:26-cv-3359-MCR-ZCB**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____ June 8, 2026 _____

Motion/Pleadings: <u>MOTION TO SEAL ATTACHMENT 1 TO DOCKET ENTRY 79</u>

Filed by _Texas Defendants_____ on _June 5, 2026_ Doc. # __81____

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| **X** | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ **Patricia G. Romero**_____
Deputy Clerk:      Patricia G. Romero

On consideration, the request is **GRANTED**. The Clerk is instructed to maintain Exhibit 1 to Defendants' Motion to Dismiss (ECF No. 79-1) under seal.[1]

**DONE** and **ORDERED** this 8th day of June 2026.

*M. Casey Rodgers*_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The redacted exhibit is filed at ECF No. 82.