**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BRANDON CANUP,**
    **Plaintiff,**

**v.**
                                          **CASE NO. 3:26-cv-3359-MCR-ZCB**

**BRYAN F. AYLSTOCK, et al.,**
    **Defendants.**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____June 8, 2026_____
Motion/Pleadings: <u>MOTION FOR ENLARGEMENT OF TIME TO RESPOND</u>
                      <u>TO AWKO DEFENDANTS' MOTION TO DISMISS AND</u>
                      <u>MOSTYN LAW'S PROCEDURALLY DEFECTIVE</u>
                      <u>MOTION TO DISMISS</u>
Filed by <u>Plaintiff                 </u> on <u>June 6, 2026    </u> Doc <u>  83  </u>
_____ Stipulated      _____ Joint Pleading
<u>  X  </u> Unopposed      _____ Consented

                              JESSICA J. LYUBLANOVITS
                              CLERK OF COURT
                              */s/ **Patricia G. Romero***
                              Deputy Clerk:     Patricia G. Romero

      On consideration, the motion is **GRANTED**. Plaintiff's deadline is extended as follows: response to AWKO Defendant's Motion to Dismiss (ECF No. 66) is due June 23, 2026, and response to Mostyn Law Firm's Motion to Dismiss (ECF No. 67) is due June 24, 2026.

      **DONE** and **ORDERED** this 8th day of June 2026.

                              *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**