UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BRANDON CANUP, | Case No. 3:26-cv-3359-MCR-ZCB |
| *Plaintiff,* | |
| v. | |
| BRYAN F. AYLSTOCK, et al., | PLAINTIFF BRANDON CANUP'S NOTICE OF FILING APPENDIX TO PETITION FOR WRIT OF MANDAMUS |
| *Defendants.* | |

### PLAINTIFF BRANDON CANUP'S NOTICE OF FILING OF APPENDIX TO PETITION FOR WRIT OF MANDAMUS

COMES NOW Plaintiff Brandon Canup ("Canup"), proceeding *pro se*, and files this notice of filing of Appendix to Petition for Writ of Mandamus directed to the United States Court of Appeals for the Eleventh Circuit, attached hereto as Exhibit 1.

Signed this 11th day of June, 2026.

Respectfully submitted,

Brandon Canup, Plaintiff
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

*pro se*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on or about June 11, 2026, a true and correct copy of this entire motion and memorandum was sent to counsel for all parties via email, US Mail and/or the CM/ECF service pursuant to the Federal Rules of Civil Procedure.

Brandon Canup