UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON CANUP,

     Plaintiff,

v.                                                             CASE NO. 3:26cv3359-MCR-ZCB

BRYAN F. AYLSTOCK, et al.,

     Defendants.

_____/

## ORDER

Plaintiff Brandon Canup, *pro se*, has filed a Motion for Clarification. ECF No. 78. The request is granted in part and denied in part as follows.

First, Canup requests clarification regarding whether he needs to complete the waiver of service for Cliff Roberts pursuant to Rule 4 of the Federal Rules of Civil Procedure (attached to his motion) as requested by Roberts, and he asks whether doing so would comply with the Court's prior order authorizing substitute service, ECF No. 69. While the filing of a completed waiver of service would be equally acceptable and would not contravene the Court's order, the issue is now moot because counsel has already appeared on behalf of Roberts and responded to the Amended Complaint by filing a motion to dismiss without challenging the sufficiency of service. *See* Fed. R. Civ. P. 12(h)(1). Because service has been

effectively waived by filing the motion to dismiss, neither proof of substitute service nor the filing of a waiver of service is required.

Second, Canup seeks clarification of the Court's order denying remand to state court and denying his request for a suggestion of remand to the Judicial Panel on Multidistrict Litigation ("JPML"), ECF No. 70, asking whether his motion for reconsideration is properly filed in this Court or should be filed with the JPML. The Court's order denying remand speaks for itself. This request for clarification is therefore denied. Canup's motion for reconsideration, ECF No. 77, will be addressed separately in due course.

**DONE AND ORDERED** this 11th day of June 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**