**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| BRANDON CANUP, | Case No. 3:26-cv-3359-MCR-ZCB |
| *Plaintiff,* | |
| v. | |
| BRYAN F. AYLSTOCK, et al., | PLAINTIFF BRANDON CANUP'S MOTION FOR ENLARGEMENT OF TIME |
| *Defendants.* | |

**PLAINTIFF BRANDON CANUP'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO TEXAS DEFENDANTS' MOTION TO DISMISS**

COMES NOW Plaintiff Brandon Canup ("Canup"), proceeding *pro se*, and files this Motion for Enlargement of time to Respond to Texas Defendants' Motion to Dismiss, filed on June 5, 2026, Dkt. 79, and respectfully states as follows:

Canup makes this request without waiving, and expressly subject to, his request for a stay of all proceedings pending resolution of his motion for reconsideration, Dkt. 77, and related mandamus proceedings. Dkt. 73. Canup continues to maintain that a stay of all proceedings is warranted while those threshold matters are resolved. Canup therefore respectfully seeks this limited enlargement of time as a protective measure so that he may fully and fairly respond.

1. On May 26, 2026, Defendants Bryan F. Aylstock, Bobby J. Bradford, and Aylstock, Witkin, Kreis & Overholtz, PLLC filed their Motion to Dismiss Canup's First Amended Petition. Dkt. 66.

2. On May 27, 2026, Defendant Mostyn Law Firm, P.C. filed its procedurally defective Motion to Dismiss Canup's First Amended Petition. Dkt. 67.

1

3. On June 5, 2026, Defendants Gregory Brown, Cliff Roberts, and Fleming, Nolen & Jez, LLP ("Texas Defendants") filed their Motion to Dismiss Canup's First Amended Petition. Dkt. 79.

4. Canup is currently drafting responses to all motions at the same time.

5. Canup requests this brief enlargement to allow him sufficient time to fully and fairly respond to the arguments raised by each moving Defendant.

6. Canup specifically requests an enlargement of time through and including July 2, 2026, to respond to Texas Defendants' Motion to Dismiss, Dkt. 79.

7. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time" if the request is made before the original time expires.

8. Good cause exists for the requested enlargement because Canup is proceeding *pro se*, is preparing responses to multiple dispositive motions at the same time.

9. This request is made in good faith, is not made for purposes of delay, and will not prejudice Defendants. The requested enlargement is limited and is intended only to allow Canup adequate time to prepare complete responses to the pending motions.

10. Texas Defendants do not oppose this motion.

## REQUEST FOR RELIEF

WHEREFORE PREMISES CONSIDERED, Canup respectfully requests that the Court enter an Order granting this motion, subject to Canup's request for a stay of all proceedings pending resolution of his motion for reconsideration and related mandamus proceedings, and extending Canup's deadline to respond to Texas Defendants' Motion to Dismiss, Dkt. 79, through

2

and including July 2, 2026. Canup further requests such other and further relief to which he may be justly entitled.

Signed this 15th day of June, 2026.

Respectfully submitted,

Brandon Canup, Plaintiff
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

*pro se*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that, I, Brandon Canup have complied with the attorney-conference requirement of Local Rule 7.1(B). I attempted to confer in good faith by email to resolve the issue(s) set forth. Results of conference(s): I emailed counsel for Texas Defendants, counsel responded, Texas Defendants do not oppose this motion.

Brandon Canup

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on or about June 15, 2026, a true and correct copy of this motion was sent to counsel for all parties via email, US Mail and/or the CM/ECF service pursuant to the Federal Rules of Civil Procedure.

Brandon Canup

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), the undersigned certifies that, based on the Word Count function in Microsoft Word, this Motion contains 661 words, inclusive of headings, footnotes, and quotations.

Brandon Canup

4