**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRANDON CANUP,**

     **Plaintiff,**

**v.**

**BRYAN F AYLSTOCK, et al.,**

     **Defendants.**

**CASE NO. 3:26cv3359-MCR-HTC**

<u>**REFERRAL AND ORDER**</u>

Referred to Judge M. Casey Rodgers on  June 16, 2026

Motion: <u>Unopposed Motion for Enlargement of Time to Respond to Texas Defendants' Motion to Dismiss [ECF No. 79]</u>

Filed by <u>Plaintiff</u> on <u>June 15, 2026</u>                    ECF # <u>88</u>

<u>XX</u> Unopposed

                           JESSICA J. LYUBLANOVITS
                           CLERK OF COURT
                           */s/ **Patricia G. Romero***
                           Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED**, as requested.  Plaintiff's response to the Texas Defendants' Motion to Dismiss, ECF No. 79, is due on or before July 2, 2026.

    **DONE** and **ORDERED** this 16th day of June 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**