# EXHIBIT 1

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

### *CITATION*                    *Cause No. 067-371499-25*

BRANDON CANUP

VS.

BRYAN F. AYLSTOCK, BOBBY BRADFORD, MICHAEL BURNS, ET AL

TO: MOSTYN LAW FIRM PC

B/S REG AGT-ANDREW BROWNING
3810 W ALABAMA ST
HOUSTON, TX 77027-5204

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 67th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

BRANDON ALLEN CANUP

Filed in said Court on October 27th, 2025 Against
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC, MOSTYN LAW FIRM PC, FLEMING NOLEN & JEZ LLP, BRYAN FREDERICK AYLSTOCK, BOBBY J BRADFORD, MICHAEL ANDREW BURNS, GREGORY DONALD BROWN, CLIFF LEE ROBERTS
For suit, said suit being numbered 067-371499-25 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

### PRO SE
Attorney for BRANDON ALLEN CANUP Phone No. (972)762-4314
Address    4812 HIDDEN OAKS LN ARLINGTON, TX 76017

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 29th day of October, 2025.

By _____
AMANDA DURAN

A CERTIFIED COPY
ATTEST: 10/29/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Amanda Duran

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402**

### OFFICER'S RETURN    *06737149925000006*

Received this Citation on the 29th day of October , 2025 at 10.16 o'clock A M, and executed at 10000 Memorial Dr Str 740 Houston TX within the County of Harris , state of TX at 11.05 o'clock A M on the 4th day of November , 2025 by delivering to the within named (Def.): Mostyn Law Firm PC through defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION Registered Agent Andrew Browning , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: Christina Edwards   Process Server
County of Harris   State of TX   By PSC#13296 Exp 10/31/27   Deputy he

Fees $ _____
State of TX County of Harris   (Must be verified if served outside the State of Texas)
Signed and sworn to by the said Christina Edwards before me this 4th day of November 2025
to certify which witness my hand and seal of office
(Seal)
                    County of Harris , State of Texas

TIFFANY B LARA
Notary ID #12292798
My Commission Expires
October 27, 2026

2