# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| BRANDON CANUP, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-01255-Y |
| | § | |
| BRYAN F. AYLSTOCK, BOBBY | § | |
| BRADFORD, MICHAEL BURNS, | § | |
| CLIFF ROBERTS, GREGORY | § | |
| BROWN, AYLSTOCK WITKIN KREIS | § | |
| & OVERHOLTZ PLC, FLEMING | § | |
| NOLEN & JEZ LLP, and MOSTYN | § | |
| LAW FIRM PC, | § | |
| | § | |
| *Defendants.* | § | |

## UNSWORN DECLARATION OF ANDREW BROWNING

1. My name is Andrew Browning. I am over 18 years of age, of sound mind, and fully capable of making this Unsworn Declaration in accordance with 28 U.S.C. § 1746. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. I serve as Director of Finance and Compliance to a registered investment advisory firm based in Houston, Texas. Though I previously served as counsel to J. Steve Mostyn, I am not an agent, registered or otherwise, of Mostyn Law Firm, P.C. ("Mostyn Law Firm").

3. On November 4, 2025, Christina Edwards, a process server, attempted to personally serve me with a copy of *Plaintiff's Original Petition* (the "Petition") in Cause No. 067-371499-25, *Canup v. Aylstock, et al.*, pending in the 67th Judicial District Court of Tarrant County, Texas, and informed me I was being served in my capacity as a registered agent for Mostyn Law Firm, to which I responded that I was not a registered agent for Mostyn Law Firm and therefore could not accept service on its behalf. Ms. Edwards acknowledged my response then further informed me that, in the very same Petition, I was being sued in my personal capacity. Upon hearing that, I expressed doubt as to the likelihood that I was being sued in my personal capacity, but she reaffirmed that I was. After reiterating to Ms. Edwards that I am not a registered agent for the Mostyn Law Firm and that I could not and would not accept service on behalf of the Mostyn Law Firm, I told her that, because I had been named as a defendant, I would accept service but only in my personal capacity. She indicated that she understood and handed me the Petition. Based upon Ms. Edwards's representations, I accepted service of the Petition.

Case 3:26-cv-03359-MCR-ZCB    Document 95-2   Filed 05/26/26   Page 3 of 4
Case 4:25-cv-01255-Y    Document 14-1   Filed 12/12/25    Page 2 of 2    PageID 248

EXHIBIT 1

4.      Promptly after receiving the Petition, I reviewed it in its entirety and discovered I had not been named as a defendant and therefore that Ms. Edwards's representation that I had been sued in my personal capacity was false.

5.      I did not accept service of the Petition on behalf of Mostyn Law Firm and did not intend to accept service on its behalf by accepting service of the Petition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Harris County, Texas on the __11th__ day of December, 2025.

_____
Andrew Browning