# EXHIBIT 3

# FRANCHISE TAX ACCOUNT STATUS

This record as of November 4, 2025 at 11:49:20

## MOSTYN LAW FIRM P.C.

| | |
|---|---|
| **Texas Taxpayer Number:** | |
| **Mailing Address:** | 3810 W ALABAMA ST HOUSTON, TX 77027 - 5204 |
| **Right to Transact Business in Texas:** | ACTIVE |
| **State of Formation:** | TX |
| **SOS Registration Status (SOS status updated each business day):** | ACTIVE |
| **Effective SOS Registration Date:** | 12/17/1998 |
| **Texas SOS File Number:** | |
| **Registered Agent Name:** | ANDREW BROWNING |
| **Registered Office Street Address:** | 3810 W. ALABAMA HOUSTON, TX 77027 |

## Public Information Report for Year

| Title | Name and Address | |
|---|---|---|
| PRESIDENT | **AMBER MOSTYN**<br>3810 WEST ALABAMA<br>HOUSTON, TX 77027 | |