# EXHIBIT 4

## Form 401

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: See Instructions**



**Statement of Change of
Registered Office/Agent**

**Filed in the Office of the
Secretary of State of Texas
Filing #: ~~~~~~ 11/12/2018
Document #: 848923940017
Image Generated Electronically
for Web Filing**

### Entity Information

The name of the entity is :

## MOSTYN LAW FIRM P.C.

The file number issued to the entity by the secretary of state is:

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

## John Steven Mostyn

## 3810 W. Alabama, Houston, TX, USA 77027

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

Registered Agent Change

☐ A. The new registered agent is an organization by the name of:

OR

☑ B. The new registered agent is an individual resident of the state whose name is:

## Andrew Browning

Registered Office Change

☐ C. The business address of the registered agent and the registered office address is changed to:

The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

☑ B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **November 12, 2018**

**John Steven Mostyn**

Signature of authorized person(s)

**FILING OFFICE COPY**