# EXHIBIT 5

# DUE DILLIGENCE AFFIDAVIT

| | |
|---|---|
| **STATE OF TEXAS** | § **IN THE STATE OF TEXAS DISTRICT** |
| | § **COURT OF TARRANT COUNTY** |

**Cause Number 067-371499-25**

§

**BRANDON CANUP**

**Vs.**

**BRYAN F. AYLSTOCK, BOBBY** §
**BRADFORD, MICHAEL BURNS, ET**
**AL**

The documents were received by **Christina Edwards** on the **29**TH **day of October 2025 at 10:17 AM** to be served on **THE MOSTYN LAW FIRM PC through Registered Agent Andrew Browning** at **3810 W. Alabama St. Houston, TX 77027..** I, **Christina Edwards**, attempted to serve the **CITATION AND PLAINTIFF'S ORIGINAL PETITION but** was unsuccessful because of the reasons below:

**10/30/25 @ 11:15 am-** I attempted and I was told by the receptionist that the Registered Agent was not an employee here or listed on the company registry. I then asked her if there was someone in the office that was authorized to accept and she said "no" after making phone calls asking around the office. She was told to tell me that there was no one within the office that is authorized to accept service of process. I went to my car and called the office. Someone answered the phone (that was not the receptionist that I spoke with) and she too said that the Registered Agent did not work here and that there was no one there that was authorized to accept service.

Military Status: ( ) Yes or ( ) No   If yes, what branch?_____**NA**_____
Marital Status: ( ) Married or ( ) Single Name of Spouse____**NA**_____)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**My name is Christina Edwards**
**My DOB is January 2, 1988**
**My business address is 13531 Will Clayton Pkwy Suite 300 PMB 2062 Humble, TX 77346.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED IN HARRIS COUNTY, STATE OF TEXAS, ON THE 30TH DAY OF OCTOBER 2025.

Declarant/Authorized Process Server
PROCESS SERVER# : **13296**      Expiration Date: **10/31/25**

4