# EXHIBIT 13

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| BRANDON CANUP, | Case No. 3:26-cv-3359-MCR-ZCB |
| *Plaintiff,* | |
| v. | |
| BRYAN F. AYLSTOCK, et al., | DECLARATION OF BRANDON CANUP |
| *Defendants.* | |

**DECLARATION OF BRANDON CANUP**

"I am Brandon Canup, *pro se* Plaintiff in the above numbered lawsuit.  I am over the age of eighteen (18) years. I reside in Tarrant County, Texas. I have personal knowledge of the facts asserted in this Declaration and such facts are true and correct.  I assembled the document entitled:

 'PLAINTIFF BRANDON CANUP'S RESPONSE TO MOSTYN LAW'S MOTION TO ACCEPT MOTION TO DISMISS AS TIMELY' (the "Response"),

to which this Declaration is attached.  The exhibits attached to the Response are true and correct copies of the documents represented therein. They have not been altered, except that personal identifying information has been redacted pursuant to Federal Rule of Civil Procedure 5.2. I am personally familiar with each of such documents.

Attached as Exhibit 1 is a true and correct copy of the executed citation issued to Mostyn Law Firm, P.C., through its registered agent Andrew Browning, showing service of the citation and Plaintiff's Original Petition on November 4, 2025 that was previously filed in this action.

Attached as Exhibit 2 is a true and correct copy of the Unsworn Declaration of Andrew Browning previously filed in this action.

Attached as Exhibit 3 is a true and correct copy of the Texas Comptroller/SOS franchise-tax account status record for Mostyn Law Firm, P.C., generated as of November 4, 2025, identifying Andrew Browning as Mostyn Law Firm, P.C.'s registered agent and listing the registered office address. I have redacted personal identifying information from this exhibit. This document was previously filed in this action.

Attached as Exhibit 4 is a true and correct copy of Mostyn Law Firm, P.C.'s Statement of Change of Registered Office/Agent filed with the Texas Secretary of State on November 12, 2018. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 5 is a true and correct copy of the Due Diligence Affidavit of process server Christina Edwards concerning attempted service on Mostyn Law Firm, P.C. through registered agent Andrew Browning at 3810 W. Alabama Street, Houston, Texas. This document was previously filed in this action.

Attached as Exhibit 6 is a true and correct copy of Mostyn Law Firm, P.C.'s 2018 Texas Public Information Report. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 7 is a true and correct copy of Mostyn Law Firm, P.C.'s 2019 Texas Public Information Report. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 8 is a true and correct copy of Mostyn Law Firm, P.C.'s 2020 Texas Public Information Report. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 9 is a true and correct copy of Mostyn Law Firm, P.C.'s 2021 Texas Public Information Report. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 10 is a true and correct copy of Mostyn Law Firm, P.C.'s 2022 Texas Public Information Report. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 11 is a true and correct copy of Mostyn Law Firm, P.C.'s 2023 Texas Public Information Report. I have redacted personal identifying information from this exhibit.

Attached as Exhibit 12 is a true and correct copy of the Texas Comptroller/SOS franchise-tax account status record for Mostyn Law Firm, P.C., generated as of June 14, 2026, identifying Andrew Browning as Mostyn Law Firm, P.C.'s registered agent and listing the registered office address. I have redacted personal identifying information from this exhibit.

I declare under penalty of perjury that the forgoing is true and correct. Executed on Jun 17, 2026.

Brandon Canup"