# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

BRANDON CANUP

     Plaintiff,

                                    **Case No.**: 3:26-cv-3359-MCR-ZCB

v.

BRYAN F. AYLSTOCK, BOBBY
BRADFORD, MICHAEL BURNS,
CLIFF ROBERTS, GREGORY
BROWN, AYLSTOCK WITKIN KREIS
& OVERHOLTZ PLC, FLEMING
NOLEN & JEZ LLP, and MOSTYN LAW
FIRM PC,

     Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Justin T. Keeton hereby files this Motion to Withdraw as co-counsel of record for Defendants Bryan F Aylstock, and Aylstock, Witkin, Kreiss & Overholtz PLLC. Gregory K. Rettig, will continue as co-counsel for Defendants Bryan F Aylstock, and Aylstock, Witkin, Kreiss & Overholtz PLLC.

DATED: June 18, 2026

                                Respectfully Submitted,

*/s/ Justin T. Keeton*
Gregory K. Rettig (172774)
Justin T. Keeton (1025509)
*Co-Counsel for Defendants Bryan F. Aylstock, and*
*Aylstock, Witkin, Kreiss & Overholtz PLLC*

**FOR THE FIRM:**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
125 W. Romana Street, Suite 330
Pensacola, Florida 32502
Telephone: (850) 777-3322
Facsimile: (850) 777-3290
Grettig@lgwmlaw.com
Jkeeton@lgwmlaw.com
Lglover@lgwmlaw.com
Egates@lgwmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 18TH day of June 2026, a true and correct

copy of the foregoing was sent to counsel for all parties via email, US Mail and the

CM/ECF service.

| | |
|---|---|
| Brandon Canup<br>4812 Hidden Oaks Ln<br>Arlington, TX 76017<br>*Pro Se Plaintiff* | Jonathan A. Fernandez, Esq.<br>COLE, SCOTT & KISSANE, P.A.<br>*Counsel for Defendants, Gregory Brown and Fleming Nolen & Jez LLP.*<br>222 Lakeview Avenue, Suite 500<br>West Palm Beach, FL, 33401<br>Telephone (561) 383-9200<br>Facsimile (561) 683-8977<br>jonathan.vine@csklegal.com |

Benjamin James Stevenson
Stevenson Legal PLLC
919 Panferio Drive
Pensacola Beach, FL 32561
T. 702.306.6708
bjs@stevenson-legal.com
*Counsel for Mostyn Law*

/s/ Justin T. Keeton
*Co-Counsel for Defendants Bryan F. Aylstock, and Aylstock, Witkin, Kreiss & Overholtz PLLC*