# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

Case No.: 3:26-cv-3359-MCR-HTC

BRANDON CANUP,

     Plaintiff,

v.

BRYAN F. AYLSTOCK, BOBBY
BRADFORD, MICHAEL BURNS,
CLIFF ROBERTS, GREGORY BROWN,
AYLSTOCK WITKIN KREIS &
OVERHOLTZ PLC, FLEMING NOLEN
& JEZ LLP, and MOSTYN LAW FRIM PC,

     Defendants.

_____/

## <u>CLIFF ROBERTS, GREGORY BROWN, and FLEMING NOLEN & JEZ LLP UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S CONSOLIDATED MOTION[1]</u>

Defendants, CLIFF ROBERTS, GREGORY BROWN, and FLEMING

NOLEN & JEZ LLP (collectively referred to herein as "Defendants"), by and

through undersigned counsel, pursuant to Rule 6.1 of the Federal Rules of Civil

Procedure and in accordance with Rule 7.1 of the Local Rules for the Nothern

District of Florida, hereby file the instant Motion for Enlargement of Time to

---

[1] Plaintiff has filed a Consolidated Motion for Reconsideration, or in the Alternative, to Certify Order for Interlocutory Appeal, Motion to Stay Proceedings, and Incorporated Memorandum of Law.

Case No.: 3:26-cv-3359-MCR-HTC

Respond to Plaintiff's, BRANDON CANUP ("Plaintiff"), Consolidated Motion for Reconsideration, or in the Alternative, to Certify Order for Interlocutory Appeal, Motion to Stay Proceedings and Incorporated Memorandum of Law [DE 77] ("Motion"), and in support thereto, state as follows:

1. Plaintiff filed the Consolidated Motion on June 5, 2026 [DE 77]. Said Motion combines three (3) separate motions into a single, twenty-six (26) page filing, presenting three (3) distinct arguments to which the Defendants must respond.

2. The deadline for Defendants to respond to Plaintiff's Consolidated Motion lands on June 22, 2026. *See id.* (Internal deadline for referral to Judge: 6/22/2026).

3. Given the issues addressed in Plaintiff's Consolidated Motion, the Defendants require additional time to adequately prepare and finalize their response(s) to Plaintiff's Consolidated Motion.

4. As such, Defendants respectfully request a ten (10) day enlargement of time, through and including June 29, 2026, to file their response(s) to Plaintiff's Motion.

5. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides in pertinent part:

> When an act may or must be done within a specified
> time, the court may, for good cause, extend the time:

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West

Case No.: 3:26-cv-3359-MCR-HTC

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

*Id*.

6.     As noted above, the current deadline to respond to Plaintiff's Consolidated Motion is June 22, 2026. Thus, the time frame to respond has not yet expired and the Court may enlarge the period for good cause shown.

7.     Defendants have shown good cause for their requested relief of a ten (10) day extension, and this is FNJ Defendant's first requested extension on this given Motion.

8.     Additionally, this Motion is made in good faith and not for the purpose of delay and no prejudice will befall the Plaintiff if this extension is granted.

9.     The firm undersigned has conferred with the *pro se* Plaintiff via email and the Plaintiff has agreed to the relief requested herein, thus making the instant Motion <u>unopposed</u>.

WHEREFORE, Defendants, CLIFF ROBERTS, GREGORY BROWN AND FLEMING NOLEN & JEZ LLP, respectfully request this Honorable Court enter an Order granting its Motion for Enlargement of Time to Respond to Plaintiff's, BRANDON CANUP, Consolidated Motion for Reconsideration, or in the Alternative, to Certify Order for Interlocutory Appeal, Motion to Stay Proceedings

Case No.: 3:26-cv-3359-MCR-HTC

and Incorporated Memorandum of Law and allowing Defendants to respond on or before June 29, 2026.

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

In accordance with Local Rule 7.1(b), the undersigned counsel for the Cliff Roberts, Gregory Brown, and Fleming Nolen & Jez LLP hereby certifies that a Partner of this firm conferred with Brandon Canup via email on June 18, 2026, in a good faith effort to resolve the issues raised in this Motion and states that Mr. Canup has agreed to the relief requested herein.

Respectfully submitted,

By: *Jonathan A. Fernandez*

[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]

Case No.: 3:26-cv-3359-MCR-HTC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2026, we electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants Cliff Roberts, Gregory Brown, and Fleming Nolen & Jez LLP.*
222 Lakeview Avenue, Suite 500
West Palm Beach, Fl, 33401
Telephone (561) 383-9200
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: jonathan.fernandez@csklegal.com

By: s/ *Jonathan A. Fernandez*
Jonathan Vine, Esq.
Florida Bar No.: 10966
Jonathan A. Fernandez, Esq.
Florida Bar No.: 1064485

**Cole, Scott & Kissane**
www.csklegal.com
Miami | Fort Lauderdale West | Fort Lauderdale East | West Palm Beach | Orlando | Jacksonville | Tampa
Bonita Springs | Naples | Pensacola | Fort Myers | Tallahassee | Key West