## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| BRANDON CANUP, | Case No. 3:26-cv-3359-MCR-ZCB |
| *Plaintiff,* | |
| v. | |
| BRYAN F. AYLSTOCK, et al., | PLAINTIFF BRANDON CANUP'S NOTICE OF FILING MOTION TO STAY DISTRICT COURT PROCEEDINGS |
| *Defendants.* | |

### PLAINTIFF BRANDON CANUP'S NOTICE OF FILING MOTION TO STAY DISTRICT COURT PROCEEDINGS

COMES NOW Plaintiff Brandon Canup ("Canup"), proceeding *pro se*, and files this notice of filing Motion to Stay District Court Proceedings directed to the United States Court of Appeals for the Eleventh Circuit, attached hereto as Exhibit 1.

Signed this 22nd day of June, 2026.

Respectfully submitted,

Brandon Canup, Plaintiff
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

*pro se*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on or about June 22, 2026, a true and correct copy of this entire motion and memorandum was sent to counsel for all parties via email, US Mail and/or the CM/ECF service pursuant to the Federal Rules of Civil Procedure.

Brandon Canup