**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRANDON CANUP,**

    **Plaintiffs,**

**v.**

**BRYAN F. AYLSTOCK, et al.,**

    **Defendants.**

**CASE NO. 3:26-cv-3359-MCR-ZCB**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _____June 22, 2026_____
Motion/Pleadings: UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S CONSOLIDATED MOTION [ECF No. 77]
Filed by _Defendants Brown, Roberts, and Feming Nolen & Jez_ on _June 19, 2026_
Doc. # _94_____

_XX_   Unopposed

            JESSICA J. LYUBLANOVITS
            CLERK OF COURT
            */s/ Patricia G. Romero*_____
            Deputy Clerk:    Patricia G. Romero

---

    On consideration, the motion is **GRANTED** to the extent that Defendants Brown, Roberts, and Fleming Nolen & Jez have seven days, until **June 29, 2026**, to respond to Plaintiff's Consolidated Motion, ECF No. 77.

    **DONE** and **ORDERED** this 22nd day of June 2026.

*M. Casey Rodgers*_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**