# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

BRANDON CANUP,

    **Plaintiffs,**

**v.**

BRYAN F. AYLSTOCK, et al.,

    **Defendants.**

**CASE NO. 3:26-cv-3359-MCR-ZCB**

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     June 22, 2026
Motion/Pleadings: MOTION FOR LEAVE TO REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION [ECF NO. 77]
Filed by  Plaintiff  on  June 22, 2026  Doc. #  96 

|  |  |  |
|---|---|---|
| _____ Stipulated | _____ | Joint Pleading |
| _____ Unopposed | _____ | Consented |

    JESSICA J. LYUBLANOVITS
    CLERK OF COURT
    */s/ Patricia G. Romero*
    Deputy Clerk:     Patricia G. Romero

    On consideration, the motion is **DENIED.** No extraordinary circumstances have been shown to justify a reply. *See* N.D. Fla. Loc. R. 7.1(I).

    **DONE** and **ORDERED** this 22nd day of June 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**