# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

**BRANDON CANUP**
        Plaintiff(s),

                                   **CIVIL ACTION NO.: 3:26-CV-03359**

v.                                 **MCR -ZCB**


**BRYAN F. AYLSTOCK, BOBBY BRADFORD, MICHAEL A. BURNS, CLIFF ROBERTS, GREGORY BROWN, AYLSTOCK, WITKIN, KREIS & OVERTHOLTZ, PLLC, NOLEN FLEMING & JEZ, LLP AND MOSTYN LAW, FIRM, PC**
        Defendants.

_____/

## NOTICE OF APPEARANCE

    **COMES NOW,** Michael A. Burns, and files this Notice of Appearance on behalf of Defendant, **Michael A. Burns**, and requests that all pleadings and correspondence be furnished to the address listed below. Counsel designates the following email address for service: Primary mblawfl@yahoo.com.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been furnished to the Plaintiff, BRANDON CANUP, by and through U.S. Mail on this 25th day of June, 2026.

MICHAEL A. BURNS, ESQUIRE
Florida Bar No. 0973130
Burns Law, LLC
362 Gulf Breeze Parkway, Suite 294
Gulf Breeze, FL 32561
Tel. (850) 572-9187
E-Mail: mblawfl@yahoo.com
*Defendant*