## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

**BRANDON CANUP**
        Plaintiff(s),

                                            **CIVIL ACTION NO.: 3:26-CV-03359**
v.                                          **MCR -ZCB**

**BRYAN F. AYLSTOCK, BOBBY BRADFORD,
MICHAEL A. BURNS, CLIFF ROBERTS,
GREGORY BROWN, AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC, NOLEN
FLEMING & JEZ, LLP AND MOSTYN LAW,
FIRM, PC**
        Defendants.
                                                            /
_____

## NOTICE OF ADOPTION

**COMES NOW,** the Defendant, MICHAEL A. BURNS, BURNS LAW, LLC, for the

reasons stated therein, to avoid duplication and for judicial economy adopts all applicable

Motions, arguments, and pleadings filed by co-defendants, Bryan Aylstock and Bobby Bradford

of Aylstock, Witkin, Kreis and Overholtz, PLC.

        Dated:  June 25, 2026.

## CERTIFICATE OF SERVICE

        **I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument has been

furnished to the Plaintiff, BRANDON CANUP, by and through U.S. Mail on this 25TH day of

June, 2026.

                                            _____
                                            MICHAEL A. BURNS, ESQUIRE
                                            Florida Bar No. 0973130
                                            Burns Law, LLC
                                            362 Gulf Breeze Parkway, Suite 294
                                            Gulf Breeze, FL 32561
                                            Tel. (850) 572-9187
                                            E-Mail: mblawfl@yahoo.com
                                            *Defendant*