## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

**BRANDON CANUP**

          Plaintiff(s),

                                                   **CIVIL ACTION NO.: 3:26-CV-03359**

v.                                                 **MCR -ZCB**

**BRYAN F. AYLSTOCK, BOBBY BRADFORD, MICHAEL A. BURNS, CLIFF ROBERTS, GREGORY BROWN, AYLSTOCK, WITKIN, KREIS & OVERTHOLTZ, PLLC, NOLEN FLEMING & JEZ, LLP AND MOSTYN LAW, FIRM, PC**

          Defendants.

_____/

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States District Court and the Northern District of Florida, I hereby certify that on June 25, 2026, I caused to be served true and correct copy of the foregoing via U.S. Mail on the partis listed in these actions at the addresses below:

Brandon Canup
4812 Hidden Oaks Ln
Arlington, TX 76017
Email: canup.brandon@gmail.com
*Pro Se Plaintiff*

Bryan F. Aylstock
Bobby Bradford
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
*Defendants*

Michael A. Burns
Burns Law, LLC
362 Gulf Breeze Parkway, Suite 294
Gulf Breeze, FL 32561-4492
*Defendant*

Cliff Roberts
Roberts Law Office
8191 SW FWY, Suite 116
Houston, TX  77074
*Defendant*

Gregory Brown
The Sorrels Law Firm
230 Westcott Street, Suite 100
Houston, TX  77007
*Defendant*

Fleming Nolen & Jez, LLP
2800 Post Oak Blvd., Suite 6000
Houston, TX  77056-6128
*Defendant*

Mostyn Law Firm, PC
Attn:  Benjamin Stevenson
919 Panferio Drive
Pensacola Beach, FL  32561-2247
(702) 306-6708
Email: bjs@stevenson-legal.com
*Defendant*

Dated: June 25, 2026

Michael A. Burns, Esq.
BURNS LAW, LLC
Florida Bar No.:  0973130
362 Gulf Breeze Parkway, Suite 294
Gulf Breeze, Florida  32561
Phone (850) 572-9187
Email: mblawfl@yahoo.com
*Defendant*

2