**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| BRANDON CANUP, <br><br> *Plaintiff,* <br><br> v. <br><br> BRYAN F. AYLSTOCK, et al., <br><br> *Defendants.* | Case No. 3:26-cv-3359-MCR-ZCB <br><br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 23, 2026, a true and correct copy of Canup's Response to the AWKO Defendants' Motion to Dismiss, Dkt. 100, was served on counsel for all parties via email, U.S. Mail, and/or the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure. I further certify that, on June 24, 2026, a true and correct copy of Canup's Response to Mostyn Law Firm, P.C.'s Motion to Dismiss, Dkt. 101, was served on counsel for all parties by the same means.

Signed this 25th day of June, 2026.

Respectfully submitted,

*/s/ Brandon Canup*

Brandon Canup, *Plaintiff*
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

***pro se***

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on or about June 25, 2026, a true and correct copy of this entire document was sent to counsel for all parties via email, US Mail and/or the CM/ECF service pursuant to the Federal Rules of Civil Procedure.

*/s/ Brandon Canup*

*Plaintiff, pro se*