# EXHIBIT 1

HOUSTON, TX 77098
832-413-4415
rburnett@rburnettlaw.com
 *Assigned: 05/14/2019*
 *ATTORNEY TO BE NOTICED*


**MICHAEL ANDREW BURNS**
MOSTYN LAW - HOUSTON TX
3810 W ALABAMA STREET
HOUSTON, TX 77027
713-714-0000
epefile@mostynlaw.com
 *Assigned: 05/22/2019*
 *ATTORNEY TO BE NOTICED*

representing

**CO-LIAISON COUNSEL FOR PLAINTIFFS**
*(Plaintiff)*

**NOTICE ONLY**
*(Notice Only Party MDL)*


**CHRISTOPHER S BURRICHTER**
KIRKLAND & ELLIS LLP - CHICAGO IL
333 WEST WOLF POINT PLAZA
CHICAGO, IL 60654
312-862-1212
312-862-2200 (fax)
christopher.burrichter@dechert.com
 *Assigned: 01/20/2022*
 *TERMINATED: 01/23/2024*

representing

**3M COMPANY**
*(Defendant)*

**3M OCCUPATIONAL SAFETY LLC**
*(Defendant)*

**AEARO HOLDING LLC**
*(Defendant)*

**AEARO INTERMEDIATE LLC**
*(Defendant)*

**AEARO LLC**
*(Defendant)*

**AEARO TECHNOLOGIES LLC**
*(Defendant)*