**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| BRANDON CANUP, | Case No. 3:26-cv-3359-MCR-ZCB |
| *Plaintiff,* | |
| v. | |
| BRYAN F. AYLSTOCK, et al., | PLAINTIFF BRANDON CANUP'S NOTICE OF FILING DOCUMENTS IN US COURT OF APPEALS FOR THE ELEVENTH CIRCUIT |
| *Defendants.* | |

**PLAINTIFF BRANDON CANUP'S NOTICE OF FILING MOTION TO STAY**
**DISTRICT COURT PROCEEDINGS**

COMES NOW Plaintiff Brandon Canup ("Canup"), proceeding *pro se*, and files this notice of filing Reply in Support of Motion to Stay District Court Proceedings and Second Amended Certificate of Interested Persons directed to the United States Court of Appeals for the Eleventh Circuit, attached hereto as Exhibits 1 and 2.

Signed this 5th day of July, 2026.                     Respectfully submitted,

/s/ Brandon Canup

Brandon Canup, *Plaintiff*
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

*pro se*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on or about July 5, 2026, a true and correct copy of this entire document and all attachments was sent to counsel for all parties via email, US Mail and/or the CM/ECF service pursuant to the Federal Rules of Civil Procedure.

*/s/ Brandon Canup*

*Plaintiff, pro se*

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), the undersigned certifies that, based on the Word Count function in Microsoft Word, this document contains 68 words, inclusive of headings, footnotes, and quotations.

*/s/ Brandon Canup*

*Plaintiff, pro se*

2