# EXHIBIT 1

**No. 26-11887-C**

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

---

IN RE: BRANDON CANUP,

*Petitioner*,

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Florida

No. 3:26-cv-03359-MCR-ZCB

---

## PETITIONER BRANDON CANUP'S THIRD AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

Brandon Canup
4812 Hidden Oaks Ln
Arlington, Texas 76017
(972) 762-4314
canup.brandon@gmail.com

Appeal No.: 26-11887-C    IN RE: BRANDON CANUP

### Petitioner Brandon Canup's Third Amended Certificate of Interested Persons and Corporate Disclosure Statement

Petitioner Brandon Canup ("Canup"), proceeding *pro se*, submits this Third Amended Certificate of Interested Persons and Corporate Disclosure Statement to add attorney Michael Rosenberg, who has appeared in the mandamus proceedings on behalf of Respondents Gregory Brown, Cliff Roberts, and Fleming, Nolen & Jez, LLP.

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Petitioner Brandon Canup certifies that, to the best of his knowledge, the following is a complete list of the trial judge(s), all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case or this mandamus petition, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10% or more of a party's stock, and other identifiable legal entities related to a party. Petitioner is unaware of any publicly traded corporation owning 10% or more of any corporate party.

1. Aylstock, Bryan F.

2. Aylstock, Witkin, Kreis & Overholtz, PLC

3. Bolitho, Hon. Zachary

4. Bradford, Bobby J.

Appeal No.: 26-11887-C    IN RE: BRANDON CANUP

5.    Brown, Gregory

6.    Burns, James Martinez

7.    Burns Law, LLC

8.    Burns, Michael A.

9.    Canup, Brandon

10.  Cole, Scott & Kissane, PA

11.  Fernandez, Jonathan

12.  Fleming, Nolen & Jez, LLP

13.  James Burns, PA

14.  Keeton, Justin

15.  Lloyd, Gray, Whitehead & Monroe, PC

16.  Mostyn Law Firm, PC

17.  Rettig, Gregory

18.  Roberts, Cliff

19.  Rodgers, Hon. M. Casey

20.  Rosenberg, Michael

21.  Stevenson, Benjamin James

22.  Stevenson Legal, PLLC

23.  Vine, Jonathan

Appeal No.: 26-11887-C    IN RE: BRANDON CANUP

/s/ Brandon Canup

Brandon Canup, *Petitioner*
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

**pro se**

## Certificate Of Service

I HEREBY CERTIFY that on July 11, 2026, I electronically filed the foregoing Petitioner Brandon Canup's Third Amended Certificate of Intersted Persons and Corporate Disclosure Statement with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system, which will automatically serve notice of such filing on all counsel of record registered to receive CM/ECF notices.

/s/ Brandon Canup

Brandon Canup, *Petitioner*
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

*pro se*