**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRANDON CANUP,**

    **Plaintiff,**

**v.**                             **CASE NO. 3:26cv3359-MCR-ZCB**

**BRYAN F. AYLSTOCK, et al.,**

    **Defendants.**

_____/

## <u>ORDER</u>

Plaintiff Brandon Canup requests clarification of the docket at ECF Nos. 102 through 104, stating there is confusion because James Burns is now listed on the Court's docket as the attorney to be noticed for Defendant Michael Burns and is filing documents on Michael Burns's behalf, but the actual Notice of Appearance, ECF No. 102, states that Michael Burns is appearing on behalf of himself. Also, two documents filed after the notice of appearance—a Notice of Adoption of all filings by the *Aylstock* Defendants and the accompanying proof of service, ECF Nos. 103, 104—are similarly filed under the electronic filing account of Attorney James Burns but are signed by Michael Burns. Canup seeks clarification as to who is representing Michael Burns and which documents apply to the Notice of Adoption. *See* ECF No. 106. There has been no response to Canup's motion.

On review, the Court finds the motion well taken. The Notice of Appearance clearly shows that Michael Burns is proceeding on behalf of himself, and the docket caption must be clarified to reflect his *pro se* status.  The documents, ECF Nos. 102–104, are each properly signed by Michael Burns, *pro se*, and thus will be accepted.  However, for all future filings, Michael Burns must file documents through his own electronic filing account when representing himself.  And, the Court finds that the Notice of Adoption is not ambiguous.

Accordingly, Canup's Motion For Clarification of Representation Status and Correction of Dockets 102–104, ECF No. 106, is **GRANTED in part** as follows:

1.    Consistent with the text of the Notice of Appearance, ECF No. 102, Michael A. Burns is representing himself, and the Clerk is directed to correct both the docket entry and the case caption to reflect his status and to remove James Burns, who is not authorized to file on Michael Burns' behalf unless otherwise he files a notice of appearance.  *See* paragraph 3.

2.    The Notice of Adoption and proof of service, ECF Nos. 103, 104, are properly signed by Michael A. Burns and accepted.  Michael Burns is deemed to have joined all motions, arguments, and pleadings filed by co-defendants Bryan Aylstock and Bobby Bradford of Aylstock, Witkin, Kreis, and Overholtz, PLC.

3.    All future filings on behalf of Michael Burns must be not only signed by Michael Burns but also filed through his own electronic filing account, unless

another attorney files a notice of appearance on his behalf, in which case Michael

Burns may not sign and file documents on his own behalf.

**DONE AND ORDERED** this 14th day of July 2026.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**