**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| BRANDON CANUP,<br><br>*Plaintiff,*<br><br>v.<br><br>BRYAN F. AYLSTOCK, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-3359-MCR-ZCB<br><br>PLAINTIFF BRANDON CANUP'S NOTICE OF FILING PETITION FOR REHEARING |

**PLAINTIFF BRANDON CANUP'S NOTICE OF FILING OF**
**PETITION FOR REHEARING**

COMES NOW Plaintiff Brandon Canup ("Canup"), proceeding *pro se*, and files this notice of filing of Petition for Rehearing directed to the United States Court of Appeals for the Eleventh Circuit, attached hereto as Exhibit 1.

Signed this 14th day of September, 2026.

Respectfully submitted,

*/s/ Brandon Canup*

Brandon Canup, *Plaintiff*
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

***pro se***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2026, a true and correct copy of the foregoing document and all attachments was served on counsel for all parties by email, U.S. Mail, and/or the Court's CM/ECF system, as applicable, pursuant to the Federal Rules of Civil Procedure.

*/s/ Brandon Canup*

Brandon Canup, *Plaintiff*
4812 Hidden Oaks Ln
Arlington, Texas 76017
Tel.: (972) 762-4314
canup.brandon@gmail.com

***pro se***