**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| BRANDON CANUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:3:26-cv-3359-MCR-ZCB |
| v. | ) | |
| | ) | |
| BRYAN F. AYLSTOCK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES AS CO-COUNSEL FOR DEFENDANTS BRYAN F. AYLSTOCK, AYLSTOCK, WITKIN, KREISS & OVERHOLTZ, PLLC AND BOBBY BRADFORD**

Gregory K. Rettig of the law firm of Lloyd, Gray, Whitehead & Monroe, P.C., 125 W. Romana St., Suite 330, Pensacola, FL 32502, requests this Honorable Court enter his names as counsel for BRYAN F. AYLSTOCK, AND AYLSTOCK, WITKIN, KREISS & OVERHOLTZ, PLLC and BOBBY BRADFORD pursuant to Rule 5(a)(1)(E), Federal Rules of Civil Procedure.

Defendant hereby designates the following primary and secondary e-mail addresses for e-mail service of pleadings in the above referenced case:

Primary e-mail address: grettig@lgwmlaw.com
jkuluz@lgwmlaw.com

Secondary e-mail address lglover@lgwmlaw.com

egates@lgwmlaw.com

Dated: September 22, 2026.

Respectfully Submitted,

*/s/ Gregory K. Rettig*
Gregory K. Rettig (172774)
*Co-Counsel for Defendants Bryan F. Aylstock, and Aylstock, Witkin, Kreiss & Overholtz PLLC and Bobby Bradford*

**FOR THE FIRM:**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
125 W. Romana Street, Suite 330
Pensacola, Florida 32502
Telephone: (850) 777-3322
Facsimile: (850) 777-3290
grettig@lgwmlaw.com
jkuluz@lgwmlaw.com
egates@lgwmlaw.com
lglover@lgwmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2026, a true and correct copy of the foregoing was sent to counsel for all parties via the CM/ECF service.

*/s/ Gregory K. Rettig*
*Co-Counsel for Defendants Bryan F. Aylstock, and Aylstock, Witkin, Kreiss & Overholtz PLLC and Bobby Bradford*